

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE COUNTY COURT AT LAW NO 1 OF DALLAS COUNTY, GREETINGS:

On August 19, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Charles Lewis v. Dan Willems

Court of Appeals No. 15-25-00049-CV
Trial Court No. CC-24-07085-A

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellee, Dan Willems, signed February 26, 2025, was heard on the appellate record. On July 16, 2025, we issued a notice stating that appellant's brief was due July 3, 2025, and that the Court may dismiss the appeal for want of prosecution unless appellant reasonably explained the failure to timely file a brief and how appellee is not significantly injured by that failure. The notice further stated that if appellant did not file either a motion for extension of time to file a brief or a brief accompanied by a motion for extension with this Court by July 28, 2025, the appeal would be subject to dismissal without further notice for want of prosecution. Appellant failed to file a request for extension to file a brief and failed to explain his failure to timely file a brief and

how appellee is not significantly injured by that failure. We therefore order the appeal **DISMISSED** for want of prosecution.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this November 4, 2025.

**CHRISTOPHER A. PRINE, CLERK**